■ ROBERT YOUNG et al., Appellants, v CONCEPT CONSTRUCTION COMPANY, Respondent. [621 NYS2d 1013] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Howe, J.). We add only that whether plaintiff Robert Young was injured as a result of his initial fall from the ladder is a question of fact. (Appeal from Order of Supreme Court, Erie County, Howe, J.—Partial Summary Judgment.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.